M. LOWENSTEIN & SONS, INC., Appellant, *v.* ADLEY EXPRESS COMPANY, INC., Respondent.

Argued January 6, 1938; decided January 25, 1938.

*George I. Janow* and *Herman Young* for appellant.
*Vincent A. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.